**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LAMAR MACKALL, et al., | : | |
| | : | |
| v. | : | Civil No. CCB-17-2145 |
| | : | |
| SAFELITE GROUP, INC., | : | |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The defendant's motion for leave to file a surreply (ECF No. 21) is **GRANTED**;

2. The plaintiffs' motion for conditional certification of a collective class and to facilitate identification and notice to similarly situated employees (ECF No. 7) is **GRANTED** in part and **DENIED** in part;

3. The following class is conditionally certified: All individuals employed as technicians by the defendant, Safelite Group, Inc., at the defendant's Woodlawn, Reisterstown, and Columbia locations, during the time period from July 31, 2014 to January 1, 2017, and who did not receive proper compensation for all overtime hours worked in violation of the FLSA; and

4. The parties are directed to confer as to the content of an appropriate notice and to file it with the court no later than December 20, 2017, indicating separately any areas on which they do not agree.

 __12/5/2017_____  _____/s/_____
Date  Catherine C. Blake
 United States District Judge