IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **LAMAR MACKALL,** *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**SAFELITE GROUP, INC.**<br><br>Defendant. | Civil Action No.: 1:17-cv-02145-BPG |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs, Lamar Mackall, Ryan Hunter, Quincy Williams, Theodore Claiborne, Michael Middleton, Tyrone Staten and James Bogoslowski, (hereinafter, Plaintiffs) and Defendant Safelite Group, Inc. (hereinafter, Jointly referred to as the "Parties"), respectfully request that this Honorable Court approve a settlement agreement that the Parties have reached concerning Plaintiffs' lawsuit under the Fair Labor Standards Act 29 U.S.C. § 201, *et seq*. (hereinafter, "FLSA"). The Parties seek Court approval of this settlement because claims under the FLSA, like those released by the Plaintiffs in the Settlement Agreement and General Release that all Parties have entered into, may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully Submitted,

*/s/ George E. Swegman*
George E. Swegman, Esquire (#19444)
The Law Offices of Peter T. Nicholl
36 South Charles Street, Ste. 1700
Baltimore, MD 21201
Phone No.: (410) 244-7005
Fax No.:   (410) 244-8454
Email:  gswegman@nicholllaw.com

*Attorney for Plaintiffs*

*/s/ Daniel J. Clark*
Daniel J. Clark, Esquire (OH #0075125)
(*Admitted Pro Hac Vice*)
Vorys, Sater, Seymour & Pease, LLP
52 E. Gay Street
Columbus, OH 43216
Phone No.: (614) 464-6400
Fax No:    (614) 464-6350
Email:  djclark@vorys.com

*Attorney for Defendant*